1058

[No. 27313-6-II.   Division Two.   October 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT REUBEN WALTHER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-00095-9, M. Karlynn Haberly, J., entered May 4, 2001, *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Bridgewater, JJ. Now published at 114 Wn. App. 189.

[No. 27522-8-II.   Division Two.   October 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PASCALINE ROTH, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 00-1-00092-3, Thomas J. Majhan, J., entered July 2, 2001. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 27528-7-II.   Division Two.   October 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RHONDA FAYE JUAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-1-00502-9, Richard L. Brosey, J., entered June 26, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 27563-5-II.   Division Two.   October 10, 2002.]

*In the Matter of the Marriage of* DARILYN ANN FISHER, *Respondent*, and JAMES DONALD FISHER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-3-04007-6, Vicki L. Hogan, J., entered June 1, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.